**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daryl Little, Paul Little, Gwaine Little, ) ) ) Plaintiffs, ) ) v. ) ) Berg Home LLC, Connie ) Schwichtenberg, John Doe ) Schwichtenberg, ) ) Defendants. ) ) _____ ) | CV 13-01913 PHX MEA ORDER OF DISMISSAL WITHOUT PREJUDICE |

Plaintiffs have consented to the exercise of magistrate judge jurisdiction over the matter, including the entry of final judgment. Defendants have not appeared in the matter

The complaint was docketed September 17, 2013. Although the civil docket reflects service was returned as executed on October 21, 2013, Defendants have not appeared nor answered the complaint and Plaintiffs have not docketed any pleading seeking to further prosecute their claims. Plaintiffs have not sought Defendants' default.

On March 11, 2013, citing Rule 41.1 of the Local Civil Rules of the United States District Court for the District of Arizona, the Court allowed Plaintiffs until April 25, 2014, to show cause for their failure to further prosecute their claims.

1 Plaintiffs responded to the order to show cause on April 24,
2 2014, by docketing a notice of settlement and asking the Court
3 to continue the matter for thirty days to allow Plaintiffs to
4 finalize the settlement and docket a notice of voluntary
5 dismissal.  No further pleadings have been filed.  Thirty days
6 have passed since Plaintiffs asked to the Court to continue the
7 matter.  Noting that Plaintiffs have done nothing to prosecute
8 this matter since serving Defendants in November of 2013, and
9 that Plaintiffs have represented to the Court that a settlement
10 in this matter has been reached,

11      **IT IS ORDERED** that Plaintiffs' complaint is dismissed
12 **without prejudice**.  The Clerk of the Court shall close the
13 docket in this matter.

14      DATED this 30th day of May, 2014.

_____
Stephen M. McNamee
Senior United States District Judge